**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

MAXELL, LTD.,

*Plaintiff*,

v.

LG ELECTRONICS INC.,

*Defendant*.

Case No.: 2:26-cv-00266-JRG-RSP

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**
**RELATING TO REPLY BRIEFING FOR NON-DISPOSITIVE MOTIONS**

Plaintiff Maxell, Ltd. ("Maxell") and Defendant LG Electronics Inc. ("LGE") (together, "the Parties") file this Joint Motion for Leave to Exceed Page Limits Relating to Reply Briefing for Non-Dispositive Motions and would show the Court as follows:

On October 1, 2026, LGE filed its Opposed Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion to Transfer"). Dkt. No. 31. Maxell filed its Opposition to LGE's Motion to Transfer on October 15, 2026. Dkt. No. 37. Because LGE's Motion to Transfer is considered a non-dispositive motion under the Local Rules, the Parties' reply briefing relating to the Motion to Transfer is subject to a maximum page limit of five (5) pages. *See* E.D. Tex. L.R. CV-7(a)(2). In accordance with Local Rule CV-7(a)(2) and 7(k), the Parties respectfully request leave to exceed the five-page limit for the reply briefing on the Motion to Transfer by one page, such that LGE's Reply in Support of its Motion to Transfer and Maxell's Sur-Reply in Opposition to LGE's Motion to Transfer may each be no more than six (6) pages.

The Parties represent that good cause exists for granting leave to exceed the page limit for the reply briefing on the Motion to Transfer by one page. The requested enlargement will permit

the Parties to fully address the competing venue-related issues raised in the briefing and provide the Court with a more complete presentation of the factual and legal arguments bearing on the proper venue for this action. The Parties do not seek to reiterate arguments already presented but have narrowly tailored their request to a single additional page to facilitate a complete and focused reply brief. This limited enlargement will provide the Court with a more complete record on which to evaluate the Motion to Transfer and reduce the risk of the Parties omitting material facts or legal arguments relevant to the Court's analysis, without unnecessarily expanding the briefing.

Counsel for LGE met and conferred with counsel for Maxell to discuss the substantive relief sought in this Motion. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order permitting the Parties leave to exceed the page limits for their respective reply briefs on the Motion to Transfer by one-page for a total of six (6) pages.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Geoff Culbertson*

Geoff Culbertson
Texas Bar No. 24045732
Kelly Tidwell
Texas Bar No. 20020580
**PATTON, TIDWELL & CULBERTSON LLP**
2800 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
Email: gpc@texarkanalaw.com
Email: kbt@texarkanalaw.com

Kfir B. Levy (Lead Counsel)
Jamie B. Beaber
Alan Grimaldi
Tatsuya Koyama
Alison Gelsleichter

Julia Haines
Matthew A. Stanford
**MAYER BROWN LLP**
1999 K Street, NW
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: klevy@mayerbrown.com
Email: jbeaber@mayerbrown.com
Email: agrimaldi@mayerbrown.com
Email: tatsuya.koyama@mayerbrown.com
Email: agelsleichter@mayerbrown.com
Email: jhaines@mayerbrown.com
Email: mstanford@mayerbrown.com

Amanda Streff Bonner
Nicholas Ciulla
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: asbonner@mayerbrown.com
Email: nciulla@mayerbrown.com

*Counsel for Plaintiff*
*Maxell, Ltd.*

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Jason C. White* (Lead Attorney)
Illinois Bar No. 6238352
Nicholas A. Restauri*
Illinois Bar No. 6309995
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Email: jason.white@morganlewis.com
Email: nicholas.restauri@morganlewis.com

Natalie A. Bennett*
Illinois Bar No. 6304611
Collin W. Park (Admitted *Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: natalie.bennett@morganlewis.com
Email: collin.park@morganlewis.com

Thomas R. Davis
Texas Bar No. 24055384
Email: thomas.davis@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Jason E. Gettleman*
Brooke Quesinberry (Admitted *Pro Hac Vice*)
Kyle Downes (Admitted *Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
Email: jason.gettleman@morganlewis.com
Email: brooke.quesinberry@morganlewis.com
Email: kyle.downes@morganlewis.com

*Admitted to practice

*Attorneys for Defendant*
*LG Electronics Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for LGE met and conferred with counsel for Maxell to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 20, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith