**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MAXELL, LTD., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:26-cv-00266-JRG-RSP |
| | § | |
| LG ELECTRONICS, INC., | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion for Extra Pages. **Dkt. No. 40**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the Parties are granted leave to file 6-page reply and sur-reply briefs to Defendant's Motion to Transfer (Dkt. No. 31).

**SIGNED this 21st day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE